IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JUANITA V. PERKINS | : | |
| | : | CIVIL ACTION |
| v. | : | |
| | : | NO. 09-1520 |
| BELTWAY CAPITAL, LLC ET AL. | : | |

**SURRICK, J.**                                            FEBRUARY 24, 2011

**O R D E R**

**AND NOW**, this 24th day of February, 2011, upon consideration of Plaintiff's Motion to Remand (ECF No. 10), and all documents submitted in support thereof and in opposition thereto, it is **ORDERED** that this case is **REMANDED** to the Court of Common Pleas Philadelphia County. The Clerk is directed to mark this case **CLOSED.**

    IT IS SO ORDERED.

                                                  **BY THE COURT:**

                                                  **R. BARCLAY SURRICK, J.**